1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

| | |
|---|---|
| HOLMAN'S BODY & FENDER, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, a foreign corporation,<br><br>                    Defendant. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**<br><br>**King County Superior Court No. 24-2-15460-4 SEA** |

16

17

18

19

20

        Pursuant to 28 U.S.C. §§ 1332 and 1441 et seq., Defendant American Guarantee & Liability Insurance Company ("Defendant") hereby removes the above-captioned action from the Superior Court of Washington for King County to the United States District Court for the Western District of Washington at Seattle.  The basis of removal is diversity jurisdiction under 28 U.S.C. 1332(a).

21

        The following statement is submitted in accordance with 28 U.S.C. 1446:

22

23

24

25

        1.      On July 10, 2024, Plaintiff Holman's Body & Fender, Inc. ("Plaintiff") filed an action against Defendant in the Superior Court of Washington for King County (now pending as Case No. 24-2-15460-4 SEA).  A true and correct copy of the Complaint is attached as **Exhibit 1** to this filing.

26

27

DEFENDANT'S NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

133554.0022/9861407.1

1

**STATUTORY REQUIREMENTS**

2    **Diversity Jurisdiction**

3    2.    28 U.S.C. § 1332(a) provides in relevant part: "The district courts shall have

4    original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value

5    of $75,000, exclusive of interest and costs, and is between – (1) citizens of different States [.]"

6    28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district

7    courts of the United States have original jurisdiction, may be removed by the defendant or the

8    defendants, to the district court of the United States for the district and division embracing the

9    place where such action is pending."

10    **Complete Diversity of Citizenship**

11    3.    Plaintiff alleges in the Complaint that Plaintiff is a Washington corporation.

12    Compl. ¶ 1.

13    4.    Defendant is a corporation organized and existing under the laws of New York with

14    its principal place of business located in Schaumburg, Illinois. Decl. of Aimee Alton, ¶ 2.

15    5.    There is complete diversity amongst the parties.

16    **Amount in Controversy Exceeds $75,000**

17    6.    The subject of the Complaint is an insurance claim arising out of an incident on or

18    about July 11, 2022.  Compl. ¶ 21.  Plaintiffs alleges in the Complaint that the amount of the

19    claimed loss is "in excess of $1,400,000."  Id.  Plaintiff therefore is seeking damages in excess of

20    the jurisdictional amount of this Court.

21    **Procedural Requirements**

22    7.    <u>Removal is Timely</u>.  This Notice of Removal is timely filed.  Although the action

23    was filed on July 10, 2024, there is no evidence that the Complaint was ever served.  Instead,

24    Defendant was notified of the action on July 29, 2024, when the Complaint was sent by electronic

25    mail to Defendant's third-party administrator.  Decl. of Aimee Alton, ¶ 3, Ex. A.  Pursuant to 28

26    U.S.C. § 1446(b)(3), Defendant may remove within 30 days "after receipt by the defendant,

27

DEFENDANT'S NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

133554.0022/9861407.1

1  through service or otherwise, of a copy of an amended pleading, motion, order or other paper from

2  which it may first be ascertained that the case is one which is or has become removable."

3          8.      Venue.  Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the

4  United States District Court for the Western District of Washington at Seattle, which is the federal

5  district court embracing the state court where the State Court Action, Case No. 24-2-15460-4 SEA,

6  is currently venued.

7          9.      Signature.  This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28

8  U.S.C. § 1446(a).

9          10.     Consent.  The filing party is the sole defendant in the State Court Action and

10 consents to removal.

11         11.     Pleadings and Process.  A true and correct copy of the Complaint on file in the State

12 Court Action is attached as Exhibit 1. *See* 28 U.S.C. § 1446(a).

13         12.     Notice.  Defendant will promptly serve Plaintiff and file with this Court its Notice

14 of Removal to Plaintiff, informing Plaintiff that this matter has been removed to federal court. *See*

15 28 U.S.C. § 1446(a), (d).  Defendant will promptly file with the Clerk of the Superior Court of

16 Washington of King County, and serve on Plaintiff, a Notice to Clerk of Removal to Federal Court,

17 pursuant to 28 U.S.C. § 1446(d).

18         13.     Defendant will file a Corporate Disclosure Statement in accordance with LCR 7.1.

19         14.     Defendant gives notice that Case No. 24-2-15460-4 SEA now pending against it in

20 the Superior Court of King County has been removed therefrom to this Court.

21         DATED: August 28, 2024

22                                         LANE POWELL PC

23                                         By: *s/ Stephania Denton*
                                               Stephania Denton, WSBA No. 21920
24                                             dentons@lanepowell.com

25
                                           BY:    s/ Brian T. Kiolbasa
26                                              Brian T. Kiolbasa, WSBA No. 61159
                                                kiolbasab@lanepowell.com
27

DEFENDANT'S NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT - 3

133554.0022/9861407.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Address:
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
Telephone:  206.223.7000

Attorneys for Defendant American Guarantee &
Liability Insurance Company, a foreign corporation

DEFENDANT'S NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

133554.0022/9861407.1

1

## CERTIFICATE OF SERVICE

2         I hereby certify that on August 28, 2024, the foregoing was electronically filed with the

3   Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of

4   Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

5   The NEF for the foregoing specifically identifies recipients of electronic notice.  I hereby certify

6   that the following document was sent to the following CM/ECF participant:

7         Attorneys for Plaintiff:

8         Patrick H. LePley, WSBA No. 7071
      LePley Law Firm

9         3633 136th Place SE, Suite 120
      Bellevue, WA 98006

10        Telephone: 425-641-5353
      phl@lepleylawfirm.com

11

12        Dated on the 28th day of August, 2024, at Edmonds, Washington.

13

14                                *s/ Lou Rosenkranz*
                              Lou Rosenkranz, Legal Assistant

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANT'S NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT - 5

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

133554.0022/9861407.1