Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLMAN'S BODY & FENDER, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | NO. 2:24-cv-1365-TL<br><br>STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>NOTE ON MOTION CALENDAR: October 31, 2024 |

The parties to this lawsuit, by and through their respective undersigned counsel of record, do hereby stipulate that all claims asserted by and between them shall be dismissed without prejudice and without costs or attorneys' fees.

DATED this 31st day of October, 2024.

| LePLEY LAW FIRM | LANE POWELL PC |
|---|---|
| /s  Patrick H. LePley | /s  Stephania Denton |
| Patrick H. LePley, WSBA #7071<br>3633 136th Place SE, Suite 120<br>Bellevue, WA  98006<br>Telephone: (425) 641-5353<br>Email: phl@lepleylawfirm.com | Stephania Denton, WSBA No. 21920<br>1420 Fifth Avenue, Suite 4200<br>Seattle, Washington 98101<br>Telephone: (206) 223-7000<br>Email: dentons@lanepowell.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(ii) (Case No. 2:24-cv-1365-TL) - 1

LePLEY LAW FIRM
3633 136th Place SE, Suite 120
Bellevue, WA 98006
P: (425) 641-5353
F: (425) 747-0611