Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOLMAN'S BODY & FENDER, INC., a Washington corporation,

    Plaintiff,

vs.

AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, a foreign corporation,

    Defendant.

NO. 2:24-cv-1365-TL

(PROPOSED) ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

NOTE ON MOTION CALENDAR: October 31, 2024

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that all claims asserted by and between the parties to this lawsuit shall be dismissed without prejudice and without costs or fees to any party, pursuant to FRCP 41(a)(1)(A)(ii).

DATED this 31st day of October, 2024.

_____
Tana Lin
United States District Judge

(PROPOSED) ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) (Case No. 2:24-cv-1365-TL) - 1

LePLEY LAW FIRM
3633 136th Place SE, Suite 120
Bellevue, WA 98006
P: (425) 641-5353
F: (425) 747-0611